FORM 8A. Entry of Appearance                                              Form 8A (p.1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1791

**Short Case Caption:** Samsung Display Co., Ltd. v. ITC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Mianyang BOE Optoelectronics Technology Co., Ltd.

| | | |
|---|---|---|
| **Principal Counsel:** Melanie L. Bostwick | | Admission Date: 7/8/2008 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | | |
| Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037 | | |
| Phone: (202) 339-8400 | Email: mbostwick@orrick.com | |
| **Other Counsel:** Sten A. Jensen | | Admission Date: 11/3/2003 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | | |
| Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037 | | |
| Phone: (202) 339-8400 | Email: sjensen@orrick.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/29/25                    Signature: /s/ Melanie L. Bostwick

                                 Name:      Melanie L. Bostwick

**FORM 8A. Entry of Appearance**                                                                                                         Form 8A (p.2)
                                                                                                                                                                                                                                            July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Richard Martinelli | Admission Date: 6/29/2004 |
|---|---|
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 51 West 52nd Street, New York, NY 10019 | |
| Phone: (212) 506-5000 | Email: rmartinelli@orrick.com |
| **Other Counsel:** Bas de Blank | Admission Date: 2/20/2009 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 1000 Marsh Road, Menlo Park, CA 94025 | |
| Phone: (650) 614-7400 | Email: basdeblank@orrick.com |
| **Other Counsel:** Xiang Wang | Admission Date: 6/6/2016 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: Number 1 Jianguomenwai Avenue, 5701 China World Tower A, Beijing, Beijing, 100004, People's Republic of China | |
| Phone: +86 10 8595 5600 | Email: xiangwang@orrick.com |
| **Other Counsel:** Jonas Q. Wang | Admission Date: 5/11/2022 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037 | |
| Phone: (202) 339-8400 | Email: jonas.wang@orrick.com |
| **Other Counsel:** Elise M. Baranouski | Admission Date: 5/22/2025 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037 | |
| Phone: (202) 339-8400 | Email: ebaranouski@orrick.com |