**FORM 9A. Notice of Related Case Information**  **Form 9A (p. 1)**
**March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 25-1791

**Short Case Caption** Samsung Display Co., Ltd. v. ITC

**Filing Party/Entity** Mianyang BOE Optoelectronics Technology Co., Ltd.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Mianyang BOE Optoelectronics Technology Co., Ltd. v. Samsung Display Co., Ltd.,
No. 25-1426 (Fed. Cir.)

Mianyang BOE Optoelectronics Technology Co., Ltd. v. Samsung Display Co., Ltd.,
No. 25-1517 (Fed. Cir.)

Samsung Display Co. Ltd. v. BOE Technology Co., Ltd. et al.,
No. 2:23-cv-00309-JRG-RSP (E.D. Tex.)

☐ Additional pages attached

FORM 9A. Notice of Related Case Information                    Form 9A (p. 2)
                                                                  March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Mianyang BOE Optoelectronics Technology Co., Ltd.; BOE Technology Co., Ltd. (BOE Technology Group Co., Ltd.); Samsung Display Co., Ltd.; DFW Imports LLC d/b/a DFW Cellphone and Parts Electronics Universe, Inc. d/b/a Fixez.com and Repairs; Universe, LLC; eTech Parts Plus, LLC; Gadgetfix Corp.; Injured Gadgets, LLC; LCTech International Inc. d/b/a SEGMobile.com; Parts4Cells, Inc.; Parts4LCD and Phone LCD Parts LLC; Wholesale Gadget Parts, Inc.; Captain Mobile Parts; Apt-Ability, LLC d/b/a MobileSentrix; Mobile Defenders, LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> See attached.

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/29/2025            Signature: /s/ Melanie L. Bostwick

                            Name: Melanie L. Bostwick

# Attachment

**3. Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Arch & Lake LLP: Shen Wang, Hao Tan

The Blakeslee Law Firm: Merritt R. Blakeslee

Covington & Burling LLP: Sturgis M. Sobin, Jeffrey H. Lerner, Jared R. Frisch, Jessica C. Hill, Paul J. Wilson, Derek J. Andros, Daniel W. Cho, Natalie M. Ritchie, Kee Young Lee, Scott C. Burger, Yong Joon Kwon, Allyson C. Corigliano, Brian G. Bieluch, Amy Bond, Michael K. Plimack, Scott A. Schrader

FisherBroyles, LLP: Paul C. Goulet

Kilpatrick Townsend & Stockton LLP: Kristopher L. Reed, Aarti Shah, Steven D. Moore, Kevin M. Bell, Edward J. Mayle, Amanda N. Brouillette, Christopher P. Damitio, S. Emma Lee, Christopher S. Leah, Wesley E. Overson, Daniel J. Sherwinter, Byron R. Chin

Mann, Tindel, Thompson: Gregory Blake Thompson

Mayer Brown LLP: Gary M. Hnath, A. John P. Mancini, Brian Nolan, Gregory J. Apgar, Nicholas J. Ronaldson

Orrick, Herrington & Sutcliffe LLP: Sten Jensen, Xiang Wang, Steven Routh, Bas de Blank, Melanie L. Bostwick, Jordan L. Coyle, Richard F. Martinelli, Elaine Ke, Wesley White, Tyler Miller, Jordan Fernandes, Harrison Geron, Don Daybell

Polsinelli PC: Deanna T. Okun, Daniel F. Smith

Quinn Emanuel Urquhart & Sullivan, LLP: S. Alex Lasher, K. Kevin Chu, Mike Doman, Marc L. Kaplan

Wilmer Cutler Pickering Hale & Dorr LLP: Cynthia D. Vreeland