NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG DISPLAY CO., LTD.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD.,**
*Intervenor*

---

2025-1791

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1351.

---

**ON MOTION**

---

**O R D E R**

Mianyang BOE Optoelectronics Technology Co., Ltd. (BOE) moves unopposed to intervene in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected in this order.

(2) BOE is directed to file a docketing statement no later than 14 days from the date of entry of this order.

(3) The International Trade Commission's and BOE's briefs are due no later than 40 days from the date of service of Samsung Display Co., Ltd.'s opening brief.

FOR THE COURT

June 3, 2025
Date

Jarrett B. Perlow
Clerk of Court