No. 25-1791

IN THE

# United States Court of Appeals for the Federal Circuit

SAMSUNG DISPLAY CO., LTD.,

*Appellant*,

*v.*

INTERNATIONAL TRADE COMMISSION,

*Appellee*,

MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD.,

*Intervenor*.

On Appeal from the United States International Trade Commission
No. 337-TA-1351

**INTERVENOR MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD.'S UNOPPOSED MOTION TO WITHDRAW AS A PARTY**

Intervenor Mianyang BOE Optoelectronics Technology Co., Ltd. ("BOE") respectfully moves for permission to withdraw as a party to this appeal. The requested withdrawal is appropriate in view of a confidential settlement agreement between BOE and appellant Samsung Display Co., Ltd.

Pursuant to Federal Circuit Rule 27(a)(2), BOE has conferred with the other parties to this appeal. Samsung Display and Appellee International Trade Commission do not oppose this motion. Each party shall bear its own costs and fees.

For the foregoing reasons, BOE respectfully requests that this Court allow it to withdraw as a party to the appeal.

November 19, 2025

Respectfully submitted,

*/s/ Melanie L. Bostwick*

Melanie L. Bostwick
Sten A. Jensen
Jonas Q. Wang
Elise M. Baranouski
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 339-8400

Richard Martinelli
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

Bas de Blank
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Xiang Wang
ORRICK, HERRINGTON & SUTCLIFFE LLP
Number 1 Jianguomenwai Avenue
5701 China World Tower A
Beijing, Beijing 100004
People's Republic of China

*Counsel for Intervenor*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 25-1791

**Short Case Caption** Samsung Display Co., Ltd. v. ITC

**Filing Party/Entity** Mianyang BOE Optoelectronics Technology Co., Ltd.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/19/2025

Signature: /s/ Melanie L. Bostwick

Name: Melanie L. Bostwick

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Mianyang BOE Optoelectronics Technology Co., Ltd. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Johannes Hsu | K. Patrick Herman | Donald Daybell |
| Tyler Miller | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion is printed in Century Schoolbook 14-point font, and it contains 97 words, excluding the items listed in Federal Rule of Appellate Procedure 27(a)(2)(B).

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Melanie L. Bostwick*

Melanie L. Bostwick
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 339-8400

*Counsel for Intervenor*