NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG DISPLAY CO., LTD.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

---

2025-1791

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1351.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Mianyang BOE Optoelectronics Technology Co., Ltd.'s unopposed motion to withdraw as a party to this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The official caption is revised as reflected in this order.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this appeal.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 26, 2025
Date