# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## AMENDED RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 25-1791

**Short Case Caption:** Samsung Display Co., Ltd. v. ITC

**Party Name(s):** Samsung Display Co., Ltd.

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver** ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

| | |
|---|---|
| **Name of Expected Arguing Counsel** | Richard L. Rainey |

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

## Potential Case Conflicts

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☑ Yes ☐ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 04/29/2026

Signature: /s/ Richard L. Rainey

Name: Richard L. Rainey

**No. 25-1791**

# United States Court of Appeals for the Federal Circuit

SAMSUNG DISPLAY CO., LTD.,
*Appellant*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee*

Appeal from the United States International Trade Commission, Investigation No. 337-TA-1351

## AMENDED STATEMENT OF RICHARD L. RAINEY REGARDING SCHEDULING CONFLICTS

1. I will be arguing on behalf of Appellant Samsung Display Co., Ltd. in the above-captioned appeal.

2. On April 22, 2026, this Court ordered counsel to notify the Court of oral argument scheduling conflicts for the July, August, September, October, November, and December 2026 sittings.

3. On April 27, 2026, the undersigned counsel filed his statement regarding scheduling conflicts.

4. On April 28, 2026, the Court accepted the following scheduling conflict dates submitted by the undersigned counsel: 9/8/2026, 9/9/2026, 9/10/2026, and 9/11/2026.

5. Counsel realized after filing his original statement regarding scheduling conflicts that he had overlooked conflicts from an ITC trial that was originally scheduled for May 2026 and was subsequently rescheduled to August 2026.

6. Counsel files this amended statement to update the Court with a complete list of scheduling conflict dates.

7. I will be unavailable to participate in oral argument on the following dates, and good cause exists for my unavailability as set forth below:

| Date | Good Cause for Unavailability |
|---|---|
| 8/3/2026<br>8/4/2026<br>8/5/2026<br>8/6/2026<br>8/7/2026 | I am lead counsel for OnePlus in a case pending at the ITC captioned *In the Matter of Certain Mobile Cellular Communications Devices*, Inv. No. 337-TA-1456. Trial in that matter originally scheduled in May 2026 was moved and is now scheduled for August 5–7, 10, and 11, 2026. I will have a significant role in that trial, including, but not limited to, presenting argument, participating in motions, and guiding the trial strategy. Thus, I ask that the Court not schedule oral argument in this case during the entirety of court week in August (August 3–7, 2026) due to preparation and participation in a trial during and following court week. |
| 9/8/2026<br>9/9/2026<br>9/10/2026<br>9/11/2026 | Previously scheduled and presently booked vacation outside the United States from September 8, 2026, through September 15, 2026. |

8. I expect to argue in the following cases pending before this Court:

| Case No. | Short Case Caption |
|---|---|
| 24-1532 | *Vitaworks IP, LLC v. Glanbia Nutritionals (NA), Inc.* |
| 25-1446 | *Satius Holding, LLC v. Samsung Electronics Co., Ltd.* |
| 25-1628<br>25-1629 | *Pantech Corp. v. OnePlus Tech. (Shenzhen) Co., Ltd.* |
| 26-1630 | *Samsara Inc. v. ITC* |

Dated: April 29, 2026

Respectfully submitted,

/s/ *Richard L. Rainey*

Richard L. Rainey
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

*Counsel for Appellant*
*Samsung Display Co., Ltd.*