NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG DISPLAY CO., LTD.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

---

2025-1791

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1351.

---

**SUA SPONTE**

---

Before REYNA, BRYSON, HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Oral argument in this case was held on October 5, 2026.

IT IS ORDERED THAT:

(1) The parties shall file supplemental briefs addressing the following questions:

A. What is the proper interpretation of "articles protected by the patent," as recited in 19 U.S.C. § 1337(a)(2) and (3), and are such "articles" the same under both the technical and economic prongs of the domestic industry requirement?

B. Whether and to what extent "articles protected by the patent" should be interpreted to include downstream products that incorporate the patented technology.

C. When and how should we consider investments made by entities related to the complainant as investments made "with respect to the articles protected by the patent" under 19 U.S.C. § 1337(a)(3)?

D. Whether an article may be an "article[] protected by the patent" where the patent rights in said article have been exhausted.

E. Whether the three-factor test from *Certain Magnetic Tape Cartridges & Components Thereof*, Inv. No. 337-TA-1058, 2019 WL 2635509, at *31 (Apr. 9, 2019) (the "*Magnetic Tape* test") is in accordance with 19 U.S.C. § 1337(a)(3).

F. If the court were to eliminate or modify the *Magnetic Tape* test, what should the test be for determining when investments other than investments in the "articles protected by the patent" under 19 U.S.C. § 1337(a)(3) may be considered part of the domestic industry?

(2) The parties' supplemental briefing is not to exceed 30 pages per side and is to be filed simultaneously within 30 days from the date of issuance of this order.

(3) The court invites the views of amicus curiae. Any briefs of amicus curiae may be filed without consent and leave of the court. Any amicus brief, not to exceed 10 pages, must be filed within 7 days after service of the parties' supplemental briefs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 15, 2026
Date